AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| Jack Smith <br><br> *Plaintiff* <br> v. <br> American Accounts & Advisers, Inc. <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 10 cv 834 ADM/JJG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Accounts & Advisers, Inc.
7460 - 80th Street South
Cottage Grove, MN 55016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mark L. Heaney, Esq.
Heaney Law Firm, LLC
13911 Ridgedale Drive, Suite 110
Minnetonka, MN 55305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   RICHARD D. SLETTEN

Date: MAR 1 7 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* American Accounts & Adviders, Inc.
was received by me on *(date)* 03/17/2010.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Phil Fahey, Vice President, who is designated by law to accept service of process on behalf of *(name of organization)* American Accounts & Adviders, Inc. on *(date)* 03/17/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 03/18/2010

*Server's signature*

Marc Laurent, Process Server
*Printed name and title*

5832 11th Avenue South
Minneapolis, Minnesota 55417
*Server's address*

Sworn/affirmed before this

18th day of March 2010

_____
Notary



STUART MACGREGOR TEIGEN
Notary Public
Minnesota
My Comm. Expires
Jan 31, 2015